UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH PETRILLO,<br><br>                     Plaintiff,<br><br>-against-<br><br>NEW JERSEY TRANSIT CORPORATION; NATIONAL RAILROAD PASSENGER CORPORATION; GUARDIAN SERVICES INDUSTRIES, INC.,<br><br>                     Defendants. | 24-CV-5895 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's August 6, 2024 order, ECF No. 2, the parties were required to file a joint letter and proposed case management plan, the contents of which are described order, no later than **September 11, 2024**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 13, 2024.**

      SO ORDERED.

Dated: September 12, 2024
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                        United States District Judge