UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH PETRILLO,<br><br>                      Plaintiff,<br><br>-against-<br><br>NEW JERSEY TRANSIT CORPORATION; NATIONAL RAILROAD PASSENGER CORPORATION; GUARDIAN SERVICES INDUSTRIES, INC.; GEORGE S. HALL, INC.; MID-AMERICAN ELEVATOR COMPANY,<br><br>                      Defendants. | 24-CV-5895(AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The parties are hereby ORDERED to submit a status update on this case by May 9, 2025, with proposed next steps for moving this action forward.

      SO ORDERED.

Dated: May 2, 2025
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                    United States District Judge